DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:99-CR-00096-JMF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF WITHDRAWAL OF |
| | ) | APPLICATION AND AFFIDAVIT FOR |
| JOSEPH E. WILSON, JR., | ) | WRIT OF EXECUTION ON PERMANENT |
| | ) | FUND DIVIDEND AT DOCKET 169 |
| Defendant. | ) | |

The United States, through counsel, withdraws its Application and Affidavit for Issuance of Writ of Execution on Permanent Fund Dividend and Proposed Writ filed July 14, 2006, at Docket 169. That application did not reflect an amended judgment wherein Defendant's Special Assessment was reduced. The United States will file a new

application with the correct amount.

    RESPECTFULLY SUBMITTED on August 8, 2006.

                                DEBORAH M. SMITH
                                Acting United States Attorney


                                s/Richard L. Pomeroy
                                RICHARD L. POMEROY
                                Assistant U.S. Attorney
                                222 West 7th Avenue # 9, Room 253
                                Anchorage, AK 99513-7567
                                Tel. (907) 271-5071
                                Fax  (907) 271-2344
                                E-mail: richard.pomeroy@usdoj.gov
                                AK #8906031