```
NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax:   (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:99-CR-00096-RRB |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| JOSEPH E. WILSON, JR., | ) PLAINTIFF'S APPLICATION FOR |
| | ) <u>WRIT OF GARNISHMENT</u> |
| Defendant. | ) |

    Plaintiff the United States of America, by and through the United States Attorney for the District of Alaska, in accordance with 28 U.S.C. § 3205(b)(1), hereby applies to the Clerk of the United States District Court for issuance of a Writ of Garnishment upon the judgment entered in this action against defendant Joseph E. Wilson, Jr.; SSN: xxx-xx-5356; DOB: May 20, 1950; last-known address: 16510 Centerfield Drive, D1, Eagle River, AK 99577.

    1.   Judgment in the amount of $41,000.00 was entered in this district against defendant on September 22, 2000, amended on August 28, 2002 and November 12, 2002.

2.   Amounts which have accrued since entry of judgment are: $14,426.96 in post-judgment interest and $45.00 in accrued costs, pursuant to 18 U.S.C. § 3565(c)(2) and 18 U.S.C. § 3612.

3.   Credit must be given for payments and partial satisfaction in the total amount of $3,489.72.

4.   There remains a current unpaid balance of $37,510.28 in restitution, $14,426.96 in post-judgment interest and $45.00 in costs, for a total amount of $51,982.24 which is due and owing as of November 30, 2006.  Post-judgment interest continues to accrue at the rate of 6.241% ($6.41 per day).

5.   At least one demand for payment of the judgment debt has been made upon the debtor not less than thirty (30) days from the date of this application, and debtor has failed to satisfy the debt.

6.   The holder of the property, the garnishee, is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

7.   The name and address of the garnishee or the authorized

agent for the garnishee is:

Land Title Company of Alaska, Inc.
3150 C Street, Suite 220
Anchorage, AK 99503

    RESPECTFULLY SUBMITTED on this 30th day of November, 2006,

at Anchorage, Alaska.

                                  NELSON P. COHEN
                                  UNITED STATES ATTORNEY


                                  s/Richard L. Pomeroy
                                  RICHARD L. POMEROY
                                  Assistant U.S. Attorney
                                  222 West 7th Avenue # 9, Room 253
                                  Anchorage, AK 99513-7567
                                  Phone: (907) 271-5071
                                  Fax:  (907) 271-2344
                                  E-mail: richard.pomeroy@usdoj.gov
                                  AK #8906031