IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:99-CR-00096-RRB |
| Plaintiff, | ) |
| vs. | ) PROPOSED |
| | ) <u>WRIT OF GARNISHMENT</u> |
| JOSEPH E. WILSON, JR., | ) |
| Defendant. | ) |

TO:  Land Title Company of Alaska, Inc.
     3150 C Street, Suite 220
     Anchorage, AK 99503

   On September 22, 2000, the judgment captioned above was entered in the United States District Court, District of Alaska and amended on August 8, 2002 and November 12, 2002, Judgment was awarded in favor of the United States of America as judgment creditor and against judgment debtor Joseph E. Wilson, Jr.; SSN: xxx-xx-5356; DOB: May 20, 1950; last-known address: 16510 Centerfield Drive, D1, Eagle River, AK 99577.  The judgment was for:

$38,000.00         restitution

$ 3,000.00         special assessments

$41,000.00         JUDGMENT AS ENTERED.

   According to plaintiff's application for this writ, it appears that further sums have accrued since the entry of judgment, to-wit:

$14,426.96         accrued interest

$45.00             accrued costs

    CREDIT must be given for payments and partial satisfactions in the amount of:

$3,489.72          which have been credited to the judgment debt, leaving a net balance of:

$51,982.24         ACTUALLY DUE on the date of the request for issuance of this writ, of which

$37,510.28         is due on the judgment as entered and bears interest at the rate of 6.241% per annum in the amount of:

$6.41              PER DAY from November 30, 2006, to which must be added the commissions and costs of the officer executing this writ.

    Defendant's current unpaid balance is $37,510.28 in restitution, $14,426.96 in post-judgment interest, and $45.00 in costs, for a total amount of $51,982.24 which is due and owing as of November 30, 2006.

    YOU ARE HEREBY REQUIRED by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control, or possession, any property owned by the debtor, including non-exempt, disposable earnings.

    Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly or monthly.

    <u>Within ten (10) days</u> of your receipt of this writ, you must file an original and one copy of your written Answer to the writ by mailing or delivering it to:

      Clerk of Court
      United States District Court
      Room 261, Federal Bldg. & U.S. Courthouse
      222 West 7th Avenue # 4
      Anchorage, Alaska 99513-7564.

You are also required by law to serve a <u>copy</u> of your Answer to this writ upon the debtor by sending it to Joseph E. Wilson, Jr., whose last known address is: 16510 Centerfield Drive, D1, Eagle River, AK 99577.  Finally, you must also serve a <u>copy</u> of your Answer upon the United States Attorney, Financial Litigation Unit, 222 West 7th Avenue # 9, Room 253, Anchorage, Alaska 99513-7567.

     Under the law, certain types of property are fully or partially exempt from this Writ of Garnishment.  Property which is exempt and which is not subject to this writ is listed in the Notice and Instructions to Claim Exemptions form which you will receive with this writ.

     Pursuant to 15 U.S.C. § 1674, you, the Garnishee, are prohibited from discharging the defendant from employment based on the fact that his earnings have been subject to garnishment for any one indebtedness.

     If you fail to answer this writ or if you fail to withhold property in accordance with this writ, the United States of America may apply for an order requiring you to appear before the Court.  If you fail to appear, or if you do appear but cannot show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property.  **It is unlawful to pay or deliver to the defendant any item attached by this writ.**

     DATED this _____ day of _____, 2006, at Anchorage, Alaska.

                                 IDA ROMACK
                                 CLERK OF COURT

                              By:  Deputy Clerk