# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:99-cr-0096-RRB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Joseph E. Wilson, Jr., | Writ of Garnishment |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Land Title Company of Alaska, Inc.,

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3150 C Street, Anchorage, AK 99503

RECEIVED DEC 1 9 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy, Assistant U.S. Attorney
222 West 7th Avenue, Room 253
Anchorage, AK 99513

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve by personal service the attached Writ of Garnishment, Plaintiff's Instructions to Garnishee, Plaintiff's Application for Writ of Garnishment, Clerk's Notice, Claim of Exemptions form, Garnishee's Answer to Writ of Garnishment form.

Signature of Attorney or other Originator requesting service on behalf of:
Richard L. Pomeroy
[x] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 907-271-5071
DATE: 12/18/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 6
District to Serve No. 6
Signature of Authorized USMS Deputy or Clerk: Andi Klemi
Date: 12/18/06

[x] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Penny Yonkoske, Secretary

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 12/18/06
Time: 105 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | | | $45 | | | |

REMARKS: Returned 12-19-06

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No.   3:99-CR-00096-RRB |
|                                      ) | |
|                    Plaintiff,        ) | |
|                                      ) | |
|         vs.                          ) | |
|                                      ) | WRIT OF GARNISHMENT |
| JOSEPH E. WILSON, JR.,               ) | |
|                                      ) | |
|                    Defendant.        ) | |
|                                      ) | |

TO:  Land Title Company of Alaska, Inc.
     3150 C Street, Suite 220
     Anchorage, AK 99503

   On September 22, 2000, the judgment captioned above was entered in the United States District Court, District of Alaska and amended on August 8, 2002 and November 12, 2002, Judgment was awarded in favor of the United States of America as judgment creditor and against judgment debtor Joseph E. Wilson, Jr.; SSN: ███████; DOB: ███████; last-known address: ███████████████████████████████. The judgment was for:

$38,000.00          restitution

$ 3,000.00          special assessments

$41,000.00          JUDGMENT AS ENTERED.

   According to plaintiff's application for this writ, it appears that further sums have accrued since the entry of judgment, to-wit:

$14,426.96          accrued interest

$45.00            accrued costs

CREDIT must be given for payments and partial satisfactions in the amount of:

$3,489.72        which have been credited to the judgment debt, leaving a net balance of:

$51,982.24       ACTUALLY DUE on the date of the request for issuance of this writ, of which

$37,510.28       is due on the judgment as entered and bears interest at the rate of 6.241% per annum in the amount of:

$6.41            PER DAY from November 30, 2006, to which must be added the commissions and costs of the officer executing this writ.

Defendant's current unpaid balance is $37,510.28 in restitution, $14,426.96 in post-judgment interest, and $45.00 in costs, for a total amount of $51,982.24 which is due and owing as of November 30, 2006.

YOU ARE HEREBY REQUIRED by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control, or possession, any property owned by the debtor, including non-exempt, disposable earnings.

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly or monthly.

<u>Within ten (10) days</u> of your receipt of this writ, you must file an original and one copy of your written Answer to the writ by mailing or delivering it to:

U.S. v. Joseph E. Wilson, Jr.
3:99-CR-00096-RRB                 2

Clerk of Court
United States District Court
Room 261, Federal Bldg. & U.S. Courthouse
222 West 7th Avenue # 4
Anchorage, Alaska 99513-7564.

You are also required by law to serve a <u>copy</u> of your Answer to this writ upon the debtor by sending it to Joseph E. Wilson, Jr., whose last known address is: 16510 Centerfield Drive, D1, Eagle River, AK 99577. Finally, you must also serve a <u>copy</u> of your Answer upon the United States Attorney, Financial Litigation Unit, 222 West 7th Avenue # 9, Room 253, Anchorage, Alaska 99513-7567.

Under the law, certain types of property are fully or partially exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this writ is listed in the Notice and Instructions to Claim Exemptions form which you will receive with this writ.

Pursuant to 15 U.S.C. § 1674, you, the Garnishee, are prohibited from discharging the defendant from employment based on the fact that his earnings have been subject to garnishment for any one indebtedness.

If you fail to answer this writ or if you fail to withhold property in accordance with this writ, the United States of America may apply for an order requiring you to appear before the Court. If you fail to appear, or if you do appear but cannot show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. **It is unlawful to pay or deliver to the defendant any item attached by this writ.**

DATED this 7th day of December, 2006, at Anchorage, Alaska.

IDA ROMACK
CLERK OF COURT

**REDACTED SIGNATURE**

By: Deputy Clerk

U.S. v. Joseph E. Wilson, Jr.
3:99-CR-00096-RRB                 3