# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:99-cr-0096-RRB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Joseph E. Wilson, Jr. | Writ of Garnishment |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Joseph E. Wilson, Jr.

ADDRESS (Street or RFD, Apartme...)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy, Assistant U.S. Attorney
222 West 7th Avenue, Room 253
Anchorage, AK 99513

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

**RECEIVED**
DEC 28 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Serve by personal service the attached Writ of Garnishment, Notice of Garnishment and Instructions to Debtor, Clerk's Notice, Plaintiff's Application for Writ of Garnishment, Claim of Exemptions.

Signature of Attorney or other Originator requesting service on behalf of:
Richard L. Pomeroy
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 907-271-5071
DATE: 12/18/06

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 6 | No. 6 | [signed] | 12/18/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: KAYLA WILSON

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*:

Date of Service: 12-27-06
Time: 1620 am/pm

Signature of U.S. Marshal or Deputy: [signed]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45 | | | | | |

REMARKS: 12-18-06 ENDEAVOR @ 735 pm No CONTACT M/
~~12-27-06~~

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:99-CR-00096-JMF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | WRIT OF EXECUTION ON PERMANENT |
| | ) | FUND DIVIDEND |
| JOSEPH E. WILSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On August 28, 2002, judgment was imposed in the above-entitled court and action, in favor of the United States of America as judgment creditor and against JOSEPH E. WILSON, JR. as judgment debtor, for

   $38,000.00    restitution

   $ 3,000.00    special assessments, making a total amount of

   $41,000.00    JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$13,766.34     accrued interest

$45.00         accrued costs.

CREDIT must be given for payments and partial satisfactions in the amount of:

$3,489.72      which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

$51,321.62     ACTUALLY DUE on August 8, 2006, of which $37,510.28 is due on the judgment as entered and bears interest at the rate of 6.241% per annum in the amount of:

$6.42          PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the Alaska Permanent Fund Dividend of the said debtor, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs.

DATED this 11th day of August, 2006 at Fairbanks, ~~Anchorage,~~ Alaska.

IDA ROMACK
Clerk of Court

By:



U.S. vs. JOSEPH E. WILSON, JR.
Case No.: 3:99-CR-00096(JMF)              2