

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  3:99-CR-00096-RRB |
| Plaintiff, ) | |
| vs. ) | |
| ) | CLAIM OF EXEMPTIONS AND |
| JOSEPH E. WILSON, JR., ) | REQUEST FOR HEARING |
| Defendant. ) | |

**I REQUEST A HEARING** because:

**X**  I do not owe the amount of money to the United States which it says I do.

____  The property that the United States is taking is exempt.

**I CLAIM AN EXEMPTION** against attachment of property.

(From the list of exemptions on Pages 4&5, you should locate the property exemption you claim and write the number of the exemption in the blank provided below. Or you may describe the property in the space provided on Page 2 of this form.)

I claim Exemption No. _____ from Page _____ of the attached list of exemptions.

*SEE ATTACHED ANSWER 2 PAGES AND Exhibits A-B-C-D*

**Description of property:**

which has an estimated market value of:

$_____.

I HEREBY CERTIFY AND DECLARE that the statements made in this claim of entitlement to exemptions and the fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.

**I HEREBY REQUEST A COURT HEARING** to decide the validity of my objections to this attachment and/or my claims for exemption. Notice of the hearing should be provided to me at:

Address: 16510 Centerfield Dr. Apt. D1
Eagle River, Alaska 99577

Telephone: (907) 696-2223

Date: 1/16/2007

Signature: Joseph E Wilson Jr

Printed or Typed Name: Joseph E. Wilson Jr

Joseph E. Wilson, Jr.
3:99-CR-00096 (RRB)                    2