

JOSEPH E. WILSON
16510 Centerfield Drive, Apt. D-1
Eagle River, Alaska 99577
Telephone (907) 696-2223

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| In re: ) | |
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | |
| JOSEPH E. WILSON, JR., ) | |
| Defendant ) | CaseNO.3:99-CR-00096-RRB |

ANSWER OF DEFENDANT JOSEPH E. WILSON JR.

Joseph E. Wilson, Jr., a defendant in the case referenced above submits this answer to the complaint filed in this case.

1. **EXHIBIT A** from my Judgment in a Criminal Case shows the restitution is jointly owed by my ex-wife Sara Wilson, CR99-05220FDB, $38,000.00.

2. **EXHIBIT B** shows restitution is jointly owed as The insurance company for Carr Gottstein Foods Co. is attempting to collect it from both Sara and myself.

3. The amount owed does not show the $22,500.00 recovered by United States Secret Service on or about May or June of 1997, these funds she stated in my criminal trial having turn over to them when they interviewed her.

4. The amount does not indicate the money from my Chapter 13 bankruptcy or from the garnishment of my 2006 Alaska Permanent Fund as garnished by United States August 17, 2006 Case No. 3:99-cr-096-JMF. See **EXHIBIT C** U.S. Trustee

5. This garnishment is for the proceeds from the sale of my home, which the sale was done on February 9, 2006. A request to lift the Bankruptcy Stay was granted to allow for the foreclosure, no other motions to lift the stay for the purpose of a creditor attempting to collect their debit filed.

6. **EXHIBIIT D** show's notice was given on March 13, 2006 by the Chapter 13 Trustee. The United States filed no motions to lift the stay for the purpose of collecting on the restitution from this sale.

7. There is a pending case dealing with wrongful withholding of the funds from the sale, see Case No. 3:06-CV-231-RRB. If the court finds in the civil case that the funds had been held wrongfully on February 9,

2006, the Government should not now have a claim to those funds almost a year later. The government could have filed a motion to have the bankruptcy stay lifted for the purpose of garnishing the proceeds, allowing for the Bankruptcy Court to determine the issues of how much I was to get and how much was to be paid towards restitution.

WHEREFORE, it is prayed that the Court:

1.  Deny the relief requested in the Complaint;

DATED: 01/16/2007

JOESPH E. WILSON JR.

CERTIFICATE OF SERVICE

On January 16, 2007, a copy of the foregoing was transmitted by first-class mail to:

**NELSON P. COHEN**
United States Attorney

**RICHARD L. POMEROY**
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. Seventh Avenue #9, RM. 253
Anchorage, Alaska 99513-7565