

06/09/2004

Sara & Joseph Wilson

Account Number:
Claim Number:      564 FD 02178
Insured:           Carr Gottstein Foods Co.
Date of Loss:      05/19/1997
Amount of Loss:    $36,005.61

Dear Sara & Joseph Wilson,

According to the terms of your promissory note, your payment of $350.00 is due the first of every month. As of the date of this letter your current payment has not been received by our office.

Please remit your payment immediately and be sure to include your account number, ████ on your check to ensure proper crediting. Failure to abide by the terms of your promissory note may result in legal action against you.

If you have any further questions, please feel free to contact me at the telephone number below.

Very truly yours,

*John Mulroy*

John Mulroy
973 607 5233
fax:  973 607 5114
john.mulroy@thehartford.com

Garden State Central Recovery Office
Rockaway 80 Corporate Center
100 Enterprise Drive / P.O. Box 3000
Rockaway, NJ 07866
Telephone 973 607 5000
Facsimile 973 607 5112



Exhibit B