```
7/10/2006                              CASE REPORT                              PAGE:    1
1:20 AM                               CASE # 0000553

JOSEPH E. WILSON, JR.        no                    PET FILED      06/13/2000  JUDGE        DMD
[REDACTED]                                         PLAN FILED     12/28/2005  STATUS        C
                                                   DATE 1ST MEETING 07/12/2000 TRUSTEE EXP   5.00
EAGLE RIVER AK 99577-8805                          DATE CONFIRMED 05/31/2001  TRUSTEE COMP  5.00
                                                   DATE CLOSED    03/13/2006  PLN MNTH        2
ATTORNEY: ROBERT P. CROWTHER
COMMENTS: PFD/REFUND/PROCEEDS
PAYMENT     31,916.92   PAYMENTS/MO  1   PERCENT PLAN 100.00   MIN BAL   0.00   UNDIST FORWARD   0.00

  DATE       AMOUNT     DATE       AMOUNT     DATE       AMOUNT     DATE       AMOUNT     DATE       AMOUNT     DATE       AMOUNT
  ----       ------     ----       ------     ----       ------     ----       ------     ----       ------     ----       ------
08/07/00     225.00  10/16/00   1,961.86  06/05/01  11,000.00  06/05/01   1,160.00  06/07/01   1,658.64  10/22/01   1,848.28
08/13/02   1,293.14  08/14/02     580.00  06/09/03   2,320.00  08/04/03   1,160.00  10/31/03     300.00  11/17/04   4,000.00
01/04/05     640.00  04/07/05     290.00  07/29/05   1,160.00  08/12/05     290.00  09/08/05     580.00  10/18/05     580.00
01/18/06     290.00  01/18/06     290.00  01/18/06     290.00

Clm Cred Name        Cl Pr Md Per Mo   Amt Sch    Appr Debt   Frq   Amt Due    Int Ernd   Amt Paid    Balance   Assigned St
---------------------------------------------------------------------------------------------------------------------------
300 ROBERT P. CR  09 10    0.00    4,300.00    3,100.00   0.0   3,100.00      0.00   3,100.00      0.00     0.00 2
COMMENT -----> PER DE 78
310 RYAN R. ROLE  03 50    0.00    3,689.25    3,689.25   0.0   3,689.25      0.00      37.29   3,651.96     0.00 1
320 UNITED CONSU  01 30    0.00    1,225.00        0.00   0.0       0.00      0.00       0.00       0.00     0.00 2
COMMENT -----> PROP. SURRENDER
330 LUCY L. LOUD  01 30    0.00   28,541.92        0.00   0.0       0.00      0.00       0.00       0.00     0.00 2
COMMENT -----> PROP. SURRENDER
340 MAT SU BOROU  01 30    0.00    2,202.44        0.00   0.0       0.00      0.00       0.00       0.00     0.00 2
COMMENT -----> PROP. SURRENDER
350 CAPITAL ONE   03 50    0.00      351.59      351.59   0.0     351.59      0.00       3.55     348.04     0.00 1
360 GMAC MORTGAG  01 30    0.00  168,035.22   15,966.79   0.0  15,966.79  1,060.34  17,027.13       0.00     0.00 2
INTEREST -----> 7.00%  COMMENT -----> ARREARS
370 CORNERSTONE   03 50    0.00    1,034.16    1,034.16   0.0   1,034.16      0.00      10.45   1,023.71     0.00 1
380 CLERK OF U.S  03 50    0.00   38,000.00   38,000.00   0.0  38,000.00      0.00     383.82  37,616.18     0.00 1
390 CLERK OF U.S  03 50    0.00    4,500.00    4,500.00   0.0   4,500.00      0.00      45.45   4,454.55     0.00 1
400 U.S. ATTORNE  03 50    0.00   42,500.00   42,500.00   0.0  42,500.00      0.00     429.30  42,070.70     0.00 1
COMMENT -----> PER DE 88
410 ALASKA FINAN  02 40    0.00       38.70        0.00   0.0       0.00      0.00       0.00       0.00     0.00 4
COMMENT -----> DISALLOW- DE 51
420 ALASKA FINAN  02 40    0.00       38.70        0.00   0.0       0.00      0.00       0.00       0.00     0.00 4
COMMENT -----> DISALLOW- DE 51
430 ALASKA FINAN  02 40    0.00       38.70        0.00   0.0       0.00      0.00       0.00       0.00     0.00 4
COMMENT -----> DISALLOW- DE 51
440 ALASKA FINAN  02 40    0.00       52.00        0.00   0.0       0.00      0.00       0.00       0.00     0.00 4
COMMENT -----> DISALLOW- DE 51
450 ALASKA FINAN  02 40    0.00      116.10        0.00   0.0       0.00      0.00       0.00       0.00     0.00 4
COMMENT -----> DISALLOW- DE 51
460 ALASKA FINAN  02 40    0.00       38.70        0.00   0.0       0.00      0.00       0.00       0.00     0.00 4
COMMENT -----> DISALLOW- DE 51
470 ALASKA FINAN  02 40    0.00       38.70        0.00   0.0       0.00      0.00       0.00       0.00     0.00 4
COMMENT -----> DISALLOW- DE 51
480 ALASKA FINAN  02 40    0.00       38.70        0.00   0.0       0.00      0.00       0.00       0.00     0.00 4
COMMENT -----> DISALLOW- DE 51
490 ALASKA FINAN  02 40    0.00      116.10        0.00   0.0       0.00      0.00       0.00       0.00     0.00 4
COMMENT -----> DISALLOW- DE 51
500 US DEPT OF A  02 40    0.00    2,846.38        0.00   0.0       0.00      0.00       0.00       0.00     0.00 2
COMMENT -----> AMENDED BY 22
510 UNITED STATE  03 50    0.00  284,286.36        0.00   0.0       0.00      0.00       0.00       0.00     0.00 2
COMMENT -----> AMENDED BY 22
520 U.S.A. FOR:   02 29    0.00    2,846.38    2,846.38   0.0   2,846.38      0.00   2,846.38       0.00     0.00 2
COMMENT -----> AMENDS 20
521 U.S.A. FOR:   03 50    0.00  263,658.60  263,658.60   0.0 263,658.60      0.00   2,663.13 260,995.47     0.00 1
COMMENT -----> AMENDS 21
530 NORWEST FINA  01 30    0.00      574.46      700.00   0.0     700.00      0.00     468.68     231.32     0.01 2
COMMENT -----> INCLUDES INT.
999 WELLS FARGO   08 10    0.00    1,900.00    1,900.00   0.0   1,900.00      0.00   1,900.00       0.00     0.00 2
COMMENT -----> PER DE 21
                                   -----------  -----------        -----------  ---------  -----------  -----------
                  TOTALS:          851,008.16  378,246.77          378,246.77  1,060.34  28,915.18 350,391.93     0.01
```

Exhibit C
1 of 2

```
 7/10/2006                              CASE REPORT                                    PAGE
 1:23 AM                              CASE # 0000553
OSEPH E. WILSON, JR.         no              PET FILED        06/13/2000  JUDGE         DMD
                                             PLAN FILED       12/28/2005  STATUS            2
███████████                                  DATE 1ST MEETING 07/12/2000  TRUSTEE EXP % 5.00
AGLE RIVER AK 99577-8805                     DATE CONFIRMED   05/31/2001  TRUSTEE COMP % 5.00
                                             DATE CLOSED      03/13/2006  PLN MNTH          2
TTORNEY: ROBERT P. CROWTHER
OMMENTS: PFD/REFUND/PROCEEDS
AYMENT    31,916.92  PAYMENTS/MO  1   PERCENT PLAN  100.00   MIN BAL    0.00   UNDIST FORWARD    0.00

OTAL NET RECEIPTS -         31,916.92        SPECIAL RECEIPTS -      0.00
OTAL PAID TRUSTEE COMP -     1,500.83        ARREARAGES -            0.00
OTAL PAID TRUSTEE EXP -      1,500.91        BASE PLAN -        31,916.92
OTAL PAID CREDITORS -       28,915.18
NDISTRIBUTED FORWARD -           0.00
PLAN BALANCE -                   0.00
. TO UNSECURED -                 1.24

-------- TIER DATA ---------
12/28/2005  1     31,916.92
```

Exhibit C