UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA
605 West 4th Avenue, Room 138, Anchorage, AK 99501-2296 (Phone 907-271-2655)

IN RE:

JOSEPH E. WILSON, JR.,                        CASE NO.: A 00-00553 DMD
                                                            CHAPTER 13

                DEBTOR,

## NOTICE OF INTENT TO ENTER DISCHARGE
## IF THERE ARE NO OBJECTIONS

     A "Final Account of Chapter 13 Trustee and Declaration of Full Performance" was filed on March 13, 2006. PLEASE TAKE NOTICE that the court will enter the discharge of the debtor under 11 USC Sec. 1328(a) after <u>APRIL 12, 2006</u> unless the court receives an objection from an interested party.

     If the discharge is entered, the debtor will be discharged from all pre-petition debts, except those with a last payment date due after the final payment of plan payments to the trustee under the plan and certain payments in the nature of alimony or support. Any objection to such a discharge should be filed (original and one copy) with the Clerk of the Bankruptcy Court, 605 West 4th Avenue, Room 138, Anchorage, AK 99501-2296. A copy of the objection should be sent to the debtor's attorney, Robert P. Crowther, 1113 West Fireweed Lane, Suite 200, Anchorage, AK 99503 and to the Trustee, <u>Larry D. Compton, 400 D Street, Suite 210, Anchorage, AK 99501</u>.

     DATED: March 13, 2006

                                                CHAPTER 13 TRUSTEE
                                                By: LARRY D. COMPTON

CERTIFICATE OF SERVICE
This is to certify that on March 13, 2006, a true and correct copy of the Notice of Intent to Enter Discharge was served on:
-US Trustee
-Robert P. Crowther
-the attached matrix
by first class mail or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

By:  /S/ SIRI E. RIVERA
      Siri E. Rivera

Exhibit D
1 of 2

Larry D. Compton
Chapter 13 Standing Trustee
400 D Street, Suite 210
Anchorage, AK 99501
Tel. (907) 276-6660   Fax (907) 258-3348

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF ALASKA

In re:                                )
                                      )
JOSEPH E. WILSON, JR.,                )   Case No.: A 00-00553 DMD
                                      )   Chapter 13
                                      )
            Debtor,                   )

### FINAL ACCOUNT OF CHAPTER 13 TRUSTEE
### AND DECLARATION OF FULL PERFORMANCE

Larry D. Compton, Chapter 13 Trustee in the above captioned case declares:

1. Attached hereto as Case Report (03/10/06) and by this reference made apart hereof, is a true and complete account, to the best of my knowledge, of all funds received and disbursed by the trustee.

2. The debtor has fully performed all terms and provisions of the Chapter 13 Plan, and has made all payments required thereunder.

3. The debtor is entitled to a discharge under Section 1328(a) of Title 11, United States Bankruptcy Code.

4. Money returned to the debtor; $0.00.

5. A final decree should be entered herein and the case closed.

I declare under penalty of perjury, that the foregoing is true and correct. Pursuant to FRBP 5009, I hereby certify that the above-captioned case has been fully administered.

Dated this 13th day of March 2006.

/S/ LARRY D. COMPTON
Larry D. Compton
Chapter 13 Trustee

Exhibit D
2 of 2