**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

__UNITED STATES OF AMERICA__   v.   __JOSEPH E. WILSON, JR__

THE HONORABLE RALPH R. BEISTLINE

<small>DEPUTY CLERK</small>                                  CASE NO.  __3:99-cr-00096-RRB__

__CAROLYN BOLLMAN__

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: __January 19, 2007__

|  |  |
|---|---|
| __ | Pursuant to D.Ak.LMR 2, the motion at document No. __ is hereby referred to Magistrate Judge . |
| __XX__ | Pursuant to D.Ak.LMR 2, matters pertaining to enforcing a judgment are hereby referred to Magistrate Judge John D. Roberts. |
| __ | Pursuant to D.Ak.LMR 2, the above-referenced case is hereby referred to Magistrate Judge   for all pretrial disposition or findings and recommendations. |

[ ]