NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Phone:  (907) 271-5071
Fax:  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  3:99-cr-00096-RRB |
| Plaintiff, | ) |
| vs. | ) |
| JOSEPH E. WILSON, JR., | ) REQUEST FOR HEARING PURSUANT |
| | ) TO 26 U.S.C. §3202(d) |
| Defendant. | ) |

Plaintiff, United States of America, through the United States Attorney for the District of Alaska, hereby notifies the Clerk that Defendant, Joseph E. Wilson, Jr., has filed a Claim of Exemptions and Request for Hearing to oppose the Writ of Garnishment issued on behalf of Plaintiff in this action.

Pursuant to 28 U.S.C. § 3202(d), the hearing must be held within five (5) days, or as soon thereafter as possible, from the date the Clerk received defendant's Claim of Exemptions and Request for Hearing.  However, the necessity for a hearing may be moot.  The funds in question are the subject of a motion for interpleader in the case: Land Title Company of Alaska, Inc., v.

Joseph E. Wilson, Jr., People's Bank, and United States Department of Justice, Case No. 3:06-cv-00231-RRB. The United States entered a qualified non-opposition to Land Title's motion to deposit the funds with the Clerk of Court. If that motion is granted, Land Title would no longer have possession of said funds and the present writ would be moot. Also, it should be noted that if this present writ is construed to complicate or otherwise hinder granting Land Title's motion, then the United States would withdraw this writ. The result that the United States seeks is to apply the proceeds of the sale of Mr. Wilson's house to the criminal restitution debt that he acknowledges that he owes.

RESPECTFULLY SUBMITTED this 19th day of January 2007 at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

I declare under penalty of perjury that a
true and correct copy of the foregoing
Request for Hearing was served on
Joseph E. Wilson, Jr. by first class mail
January 19, 2007.

s/Richard L. Pomeroy