## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES v. JOSEPH E. WILSON, Jr

**Case No. *3:99-cr-00096-RRB-JDR***

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

### MINUTE ORDER FROM CHAMBERS

**RE:** Request for Hearing Pursuant to 26 U.S.C. § 3202(d)
Docket Nos. 179 and 182

Defendant Wilson's Request for Hearing, Docket No. 179 and the government's Request for Hearing, Docket No. 182 are hereby GRANTED. Accordingly, a Hearing on Defendant's Claim of Exemptions is hereby scheduled for Wednesday, January 24, 2007 at 1:30 p.m. in Courtroom 6, before the Honorable John D. Roberts. A courtesy copy of this order shall be mailed to Land Title Company via counsel of record in Case No. 3:06-cv-00231-RRB, Todd J. Timmermans, Esq., % Hartig Rhodes Hoge & Lekisch 717 K Street Anchorage, AK 99501.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

January 19, 2007

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2007\07 CR\3-99-cr-00096-RRB-JDR ORDER @182 Setting Hrg Re Claim of Exemptions.wpd