MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA

U.S.A. vs.  JOSEPH E. WILSON JR.       CASE NO. 3:99-CR-00096-RRB
Defendant: X Present

BEFORE THE HONORABLE:        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:       CHAD WILTS / CAROLINE EDMISTION

UNITED STATES' ATTORNEY:     RICHARD POMEROY

PROCEEDINGS: HEARING ON DEFENDANT'S CLAIM OF EXEMPTIONS
       (DKT 179) Held 1/24/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:30 p.m. court convened.

Court and counsel heard re Defendant's Claim of Exemptions (DKT 179).

Court and counsel heard re amount of restitution owed, garnishment of Permanent Fund Dividend, sale of defendant's house, uncashed $3000.00 cashiers check, docket 181, defendant's right to court appointed attorney and bankruptcy case.

Court directed Mr. Pomeroy to file an accounting with the court showing all monies seized from the defendant and co-defendant and how that money was applied to the restitution on or before **January 26, 2007**. Court directed Mr. Pomeroy to serve a copy of the accounting to Mr. Wilson.

Court directed Mr. Wilson to file a brief regarding legal arguments, if needed, regarding joint and several verbiage as stated in the judgment 15 days after receiving accounting from Mr. Pomeroy.

Government's response due 15 days after receipt of Mr. Wilson's brief.

At 2:12 p.m. court adjourned.


DATE: January 24, 2007           DEPUTY CLERK'S INITIALS: CLW/CME