NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Phone:  (907) 271-5071
Fax:  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:99-cr-00096-RRB |
| Plaintiff, | ) <br> ) NOTICE OF ACCOUNTING OF <br> ) RESTITUTION PAYMENTS |
| vs. | ) <br> ) |
| JOSEPH E. WILSON, JR., | ) <br> ) |
| Defendant. | ) <br> ) |

Plaintiff, United States of America, through the United States Attorney for the District of Alaska, pursuant to order of the Minutes of the United States District Court, Docket 184, submits the following accounting of payments applied to Wilson's restitution debt in this action.

BACKGROUND

In July 1999, Defendant was charged with 48 counts of wire fraud,  money laundering and false tax returns.  He was convicted on 45 of the 48 counts and, on September 22, 2000, sentenced to 51 months incarceration, 5 years of supervised release, and to pay a $4,500.00 special assessment and to pay restitution totaling $38,000.00.  See Docket 108.

Defendant appealed and the Court of Appeals affirmed in part, reversed the convictions for concealment of money laundering, and remanded for resentencing.  See <u>United States v. Wilson</u>, 39 Fed.Appx. 495 (9th Cir. April 3, 2002).  Wilson was resentenced on November 12, 2002 and, relevant to this inquiry, his special assessment was reduced to $3,000.00 and the judgment of restitution remained at $38,000.00.  Docket 166.  Defendant's judgment was ordered to be "joint and several with Sara Wilson in the amount of $38,000.00".  Docket 166 at 7.

Prior to Defendant's indictment, Defendant's wife, Sara Wilson, was arrested and arraigned in April 1999 in the District of Alaska on charges of Forged Money Order, Mail Fraud, Wire Fraud and False Tax Returns.  Sara Wilson's case was transferred to the Western District of Washington where she pled guilty to all charges in June 1999.  She was sentenced on September 17, 1999, to pay a special assessment of $800.00 and restitution of $416,184.05.  Ms. Wilson's judgment was ordered that, "Restitution shall be joint and several with Joseph Wilson, if he is convicted on the related charges pending in the District of Alaska."  In May, 2000, approximately $22,500.00 that had been seized in conjunction with the arrest of Sara Wilson was paid to the restitution victim, Hartford Insurance Company, and credited as a payment towards satisfaction of Ms. Wilson's restitution judgment.

PAYMENTS TO RESTITUTION

Payments that Defendant has made to satisfy his judgment debt were first applied to the special assessment as set out in 18 U.S.C. §§ 3612(c) 3664(i)(j) and 3663(c)(5).  Only after the special assessment is paid in full are payments then applied to the restitution debt.  Defendant made six payments totaling $368.85 that were credited to his special assessment debt.

Defendant's obligation to pay the special assessment expired on September 2, 2005, pursuant to 18 U.S.C. § 3013(c). From that date forward, payments made have been applied to his restitution debt.

Unlike the obligation to pay a special assessment, a restitution judgment accrues interest. Defendant's payments towards his restitution debt, and the interest that has accrued on that debt, are set forth in Exhibit 1. Payments are applied towards the principal first, then to accrued interest.

Defendant has not received any credit towards reduction of his judgment debt for payments that Sara Wilson has made towards her judgment debt. Mr. Wilson would not receive credit for payments Sara Wilson makes until such time as her balance is reduced to $38,000.00, which is the amount of Mr. Wilson's restitution judgment.

RESPECTFULLY SUBMITTED this 26th day of January 2007 at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

I declare under penalty of perjury that a true and correct copy of the foregoing NOTICE OF ACCOUNTING OF RESTITUTION PAYMENTS was served on Joseph E. Wilson, Jr. by first class mail January 26, 2007.

s/Richard L. Pomeroy

U.S. v. Joseph E. Wilson, Jr.
Case No. 3:99-cr-00096-RRB                3