Application of Restitution Payments

| Pmt Date | Pmt Amount | Costs | Restitution | Interest at 6.241% | Balance |
|---|---|---|---|---|---|
| 9/22/2000 | | | $38,000.00 | | $38,000.00 |
| 2/7/2005 | $19.34 | | $37,980.66 | 10,278.10 | $48,258.76 |
| 9/8/2005 | $28.03 | | $37,952.63 | 11,660.47 | $49,613.10 |
| 10/7/2005 | $56.08 | | $37,896.55 | 11,848.39 | $49,744.94 |
| 10/7/2005 | $62.72 | | $37,833.83 | | $49,682.22 |
| 11/9/2005 | $135.40 | | $37,698.43 | 12,061.57 | $49,760.00 |
| 2/8/2006 | $94.08 | | $37,604.35 | 12,645.79 | $50,250.14 |
| 2/8/2006 | $94.07 | | $37,510.28 | | $50,156.07 |
| 6/26/2006 USMS fee | | $45.00 | $37,510.28 | | $50,201.07 |
| 1/18/2007 | $892.22 | | $36,618.06 | 14,843.86 | $51,506.92 |

U.S. v. Wilson
Case No. 3:99-cr-096-RRB

Exhibit 1