NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Phone:  (907) 271-5071
Fax:  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>JOSEPH E. WILSON, JR.,<br><br>                Defendant. | ) Case No. 3:99-cr-00096-RRB<br>)<br>) **PLAINTIFF'S WITNESS LIST**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to this Court's Order at Docket 189, the United States files the following list of witnesses it intends to call at the evidentiary hearing scheduled for April 18, 2007, on the issue of the $22,500 seized in conjunction with the arrest of Sara Wilson:

1. Michael Fifthen (telephonic)
   U. S. Secret Service
   Oklahoma City, OK

2. Frank Powers
   formerly U. S. Secret Service

    3.    Sara Wilson Schmier (telephonic)
         Spokane, WA

RESPECTFULLY SUBMITTED this 30th day of March, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

I declare under penalty of perjury that a true and correct copy of the foregoing Plaintiff's Witness List was served on Joseph E. Wilson, Jr. by first class mail on March 30, 2007.

s/Richard L. Pomeroy