(Rev 4/07)

# LIST OF WITNESSES

--------------------------------------------------------------------------------------------------

Case No.    3:99-CR-00096-RRB                    Magistrate Judge : JOHN D. ROBERTS

Title        U.S.A.

          vs.

          JOSEPH E. WILSON, JR.

Dates of Hearing/Trial:    April 18, 2007

Deputy Clerk/Recorder: Carla Poorman / Suzannette Lucero

------------------------------------------------------WITNESSES------------------------------------------------------

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|------|-----------|----------|-----|--------------|-----------|
| 4/18/07 | 1:59:37 | 2:75:47 | W-1 | Michael Fithen. | Ʈ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |