(Rev 10/05)                                   **LIST OF EXHIBITS**

Case No. 3:99-CR-00096-RRB   Magistrate Judge/~~Judge~~: John D. Roberts

Title  U.S.A

vs.

Joseph E. Wilson, JR.

Dates of Hearing/Trial: April 18, 2007

Deputy Clerk/Recorder: Carla Poorman / Suzannette Lucero

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Richard Pomeroy | Joseph E Wilson, Jr. |
|  |  |

--------EXHIBITS--------

| PLAINTIFF ||||  DEFENDANT ||||
|---|---|---|---|---|---|---|---|
| EX #ID | | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | A | | 4/18 | Report |
| | | | | B | | 4/18 | photocopy - contract Safe deposit box form |