```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs.  JOSEPH E. WILSON, JR.   CASE NO. 3:99-CR-00096-RRB
Defendant: _X_ Present  _X_ On Bond

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         SUZANNETTE LUCERO / CARLA POORMAN

UNITED STATES' ATTORNEY:       RICHARD POMEROY

DEFENDANT'S ATTORNEY:          JOSEPH E. WILSON, JR.- PRO SE

PROCEEDINGS: EVIDENTIARY HEARING RE CLAIM OF EXEMPTIONS (DKT 179)
             HELD 4/18/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:30 p.m. court convened.

Court and counsel heard re hearing procedures, witnesses and exhibits.

Court and counsel heard re Defendant's motion for claim of exemptions; claim of exemption on the sale of the Wilson home is **STAYED.**

Court and counsel heard re Defendant's oral motion for court appointed attorney; **DENIED.**

Michael Fithen sworn and testified telephonically on behalf of the plaintiff. Defendant's exhibits A and B **ADMITTTED.**

Arguments heard.

Court directed parties to submit supplemental briefing re joint and several liability on restitution issue due by **May 3, 2007.** Optional response due 5 days after service.

Plaintiff's Motion for Writ of Execution on PFD (Dkt 192); **GRANTED.**

At 3:08 p.m. court adjourned.

List of Witnesses and Exhibits to be filed separately.


DATE:      April 18, 2007        DEPUTY CLERK'S INITIALS:    SCL