NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Phone:  (907) 271-5071
Fax:  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 3:99-cr-00096-RRB |
| ) | |
| Plaintiff,    ) | **RESPONSE TO OBJECTION TO** |
| ) | **INITIAL REPORT &** |
| vs.    ) | **RECOMMENDATION** |
| ) | |
| JOSEPH E. WILSON, JR.,    ) | |
| ) | |
| Defendant.    ) | |
| ) | |

Defendant objects to the Magistrate Judge's Recommendation that his claim of exemption should be denied..

Mr. Wilson repeats his prior arguments concerning burdens of proof and sufficiency of the evidence, but he ignores, or overlooks, Special Agent Fithen's testimony that Sara Wilson told him that the money that she gave him, the $22,545.00 that was credited to her restitution judgment, came from her criminal activity.  Wilson has not provided a scintilla of evidence to the contrary, nor has he pointed to a single, relevant case, statute, or regulation that supports his claim.

The Magistrate Judge's findings are supported by the record and the recommendations are supported by the facts and the law. The Recommendation should be adopted.

RESPECTFULLY SUBMITTED this 24th day of July, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

I declare under penalty of perjury that a
true and correct copy of the foregoing
RESPONSE TO OBJECTION TO INITIAL REPORT
& RECOMMENDATION was served
on Joseph E. Wilson, Jr. by first class mail
on July 24, 2007.

s/Richard L. Pomeroy