UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  USA   v.   JOSEPH E. WILSON JR.  

DATE:   August 13, 2007     CASE NO.   3:99-CR-0096-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**
**ORDER DENYING CLAIM OF EXEMPTIONS**

---

      Before the Court is Defendant Joseph E. Wilson Jr. with a claim of exemption at Docket 179. The matter was referred to Magistrate Judge Roberts and a hearing was held and briefing conducted. The Magistrate Judge recommended that Defendant's claim be denied at Docket 200. Defendant objected at Docket 201 and the Government responded at Docket 202. A Final Recommendation on Defendant's claim was filed at Docket 203, in which the Magistrate Judge recommended that the "claim of exemption(s) be denied."

      The Court has independently reviewed the file in this matter and finds that the Magistrate Judge's recommendation is well reasoned and is supported by both the law and the evidence.

      The Court therefore **ADOPTS** the Final Recommendation and **DENIES** Defendant's claim of exemption.