JOSEPH E. WILSON JR.,
P.O. Box 773252
Eagle River, Alaska 99577
Telephone (907) 696-2223



IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| In re: | ) |
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| Vs | ) |
| JOSEPH E. WILSON, JR., | ) |
| Defendant | ) CaseNO.3:99-CR-00096-RRB |

### MOTION FOR APPOINTMENT OF COUNSEL

I Joseph E. Wilson Jr. defendant acting as Pro Se in the above case, respectfully request to be appointed counsel to file my appeal to the 9th Circuit Court of Appeals. I am not sure if notice of appeal is to be given in 30 days from the order of the court on my motion for exemption or 30 days after the court has made a summary judgment on all the issues pending before this court. I was appointed counsel in my criminal case and for my appeal, I believe that this matter falls under Federal Rules of Criminal Prosecutions rule 44 and under 18 U.S.C 3006A (h) and the 6th amendment to the constitution " In all criminal prosecutions, the accused shall enjoy and to have assistance of counsel for his defense". The issues ruled on and still pending before this court I do believe are connected to my criminal prosecutions and in fairness of justice I be allowed counsel appointed by the court to protect my rights. I am a single parent, my only income per month is $744.00 from The State of Alaska for temporary family assistance, $115.00 from VA 10% disability, $160.00 food stamps and $50.00 pass through child support payment.

RESPECTFULLY SUBMITTED this 5 th day of September, 2007, at Anchorage Alaska.

DATED: 9/5/2007

JOSEPH E. WILSON JR.

### CERTIFICATE OF SERVICE

On September 5, 2007 , a copy of the foregoing was transmitted by first-class mail to:

NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. Seventh Avenue #9, RM. 253
Anchorage, Alaska 99513-7565

MOTION FOR APPOINTMENT OF COUNSEL
Case No. 3:99-cr-00096-RRB Joseph E. Wilson Jr.

Page 2