NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax:   (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No.  3:99-CR-00096-RRB |
|---|---|
| Plaintiff, | ) PLAINTIFF'S MOTION FOR ORDER ) TO RELEASE FUNDS |
| vs. | ) |
| JOSEPH E. WILSON, JR., | ) |
| Defendant. | ) |

Plaintiff, the United States of America, moves this Court to order the release of funds currently held in the Registry of the Court.

This Court, in its order issued in <u>Land Title Company v. Joseph Wilson and United States</u>, Case No. 3:06-cv-231-RRB, granted the United States's motion for summary judgment and ordered "the Clerk of Court is directed to hold the interpleaded monies pending the final resolution of Case No. 03:99-cr-096-RRB, at which time the Government shall receive its entitlement and

any remaining funds distributed to Joseph Wilson." Docket 32.

When the United States filed its motion[1], on June 6, 2007, and its reply[2] on June 13, 2007, Magistrate Judge Roberts had not yet ruled on Mr. Wilson's claim of entitlement for an exemption and credit. Magistrate Judge Roberts issued his recommendation on July 6, 2007[3], and after objection and response, his Final Recommendation was issued August 3, 2007[4]. This Court adopted the Final Recommendation on August 13, 2007[5] and denied Mr. Wilson's claim of exemption.[6] That ruling provided the final resolution to the issues raised in this case. Therefore, in accordance with the direction of this Court as quoted above, the Government is now entitled to have the interpleaded money -- $32,619.18 -- applied to the sum of Defendant's restitution judgment and have the monies disbursed to the restitution victim.

Bringing accrued interest current, and applying all payments made by Mr. Wilson, his current balance as of October 18, 2007 on his judgment debt is $53,261.23.

---

[1] Case No. 3:06-cv-231-RRB, Docket 23.

[2] Case No. 3:06-cv-231-RRB, Docket 25.

[3] Docket 200

[4] Docket 203

[5] Docket 204

[6] Docket 205

THEREFORE, plaintiff requests this Court to issue an order directing the Clerk of Court to disburse from the Registry of the Court the sum of $32,619.18 and apply the funds to Defendant's restitution.

RESPECTFULLY SUBMITTED this 19th day of October, 2007, at Anchorage, Alaska.

NELSON P. COHEN
UNITED STATES ATTORNEY


s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

I declare under penalty of perjury that a
true and correct copy of the foregoing
Motion for Release of Funds was served on
 Joseph E. Wilson, Jr. by first class mail
on October 19, 2007.

s/Richard L. Pomeroy