IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No.  3:99-CR-00096-RRB |
|---|---|
| Plaintiff, | ) |
| vs. | ) PROPOSED<br>) ORDER TO RELEASE FUNDS |
| JOSEPH E. WILSON, JR., | ) |
| Defendant. | ) |

THIS CAUSE having come before the Court on Plaintiff's Motion to Release Funds and, in accordance with this Court's Order in <u>Land Title Company v. Joseph Wilson and United States</u>, Case No. 3:06-cv-231-RRB, Docket 32, it is hereby,

ORDERED, that funds held in the Registry of the Court in the amount of $32,619.18 be released by the Clerk of Court and applied to Defendant's restitution.

DATED this _____ day of _____, 2007.

_____
Ralph R. Beistline
U.S. District Court Judge