NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax:   (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No.  3:99-CR-00096-RRB |
|---|---|
| Plaintiff, | ) WITHDRAWAL OF PLAINTIFF'S |
| vs. | ) MOTION FOR ORDER TO RELEASE ) FUNDS |
| JOSEPH E. WILSON, JR., | ) |
| Defendant. | ) |

   Plaintiff, the United States of America, withdraws its motion at Docket 208 for the release of funds currently held in the Registry of the Court.  The Clerk of Court had reported that the funds in question had not been deposited into the Registry of the Court.  Also, the disinterested stakeholder, Land Title Company, has filed a motion for attorneys fees, which would be taxed from the interpleaded funds.

RESPECTFULLY SUBMITTED this 13th day of November, 2007, at Anchorage, Alaska.

NELSON P. COHEN
UNITED STATES ATTORNEY

s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

I declare under penalty of perjury that a
true and correct copy of the foregoing
Withdrawal of Motion for Release of Funds
was served on Joseph E. Wilson, Jr. by
first class mail on November 13, 2007.

s/Richard L. Pomeroy