# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

RECEIVED NOV 2 0 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:99-cr-00096-RRB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Joseph E. Wilson, Jr. | WRIT OF GARNISHMENT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alaska, Department of Revenue, Enforcement Division

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1016 W. 6th Ave., Ste. 100, Anchorage, AK 99501  Attn: Public Service Dept.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Ave., Rm 253, #9
Anchorage, AK 99513-7567

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve writ to attach debtor's Alaska Permanent Fund Dividend.
Do not prepare additional USMS Notice of Levy for this writ package.

Receipt # 131792
Pd 11/20/07 $1452.00

Signature of Attorney or other Originator requesting service on behalf of:
Richard L. Pomeroy, A.U.S.A.
XX ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (907) 271-5071
DATE: 5/2/07

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 6 | 6 | MK | 5/4/07 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 5/10/07   Time: 1100 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | | | | |

REMARKS: Returned 11/19/2007
Received $1,652.00
Check # 57780306

---

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>JOSEPH E. WILSON, JR., )<br>)<br>    Defendant, )<br>_____ ) | Case No. 3:99-CV-096 |

**U.S. MARSHALS RETURN ON WRIT OF EXECUTION**

I, Randy M. Johnson, United States Marshal for the District of Alaska, do hereby certify and return that a copy of this writ was served on the State of Alaska Permanent Fund Dividend office on **May 10, 2007,** by Deputy U.S. Marshal **Andrew Arnold** and that on **November 16, 2007** this office did receive a State of Alaska Treasury Warrant Check No. **57780306** made payable to the Clerk of Court in the amount of **$1,652.00**.

I hereby return said check to the U.S. District Court **partially** satisfying this Writ of Execution, dated this **19th** day of **November, 2007** at Anchorage, Alaska.

                                             RANDY M. JOHNSON
                                             United States Marshal
                                             District of Alaska

                                    By: _____
                                             Deputy U.S. Marshal

## NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND
## BY A COURT WRIT

To: State of Alaska
    Department of Revenue
    Permanent Fund Dividend Division

From: United States Marshals
    222 W. 7th Avenue, #28
    Anchorage, AK 99513-7504
    Phone (907) 271-5154

| - For PFD Division Use Only - |
| --- |
| PFD Server Code |
| **G0137** |
| Location_____ |
| Priority_____ |

____ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
*Highlight information being corrected or added.*

**U.S. DISTRICT COURT CASE NUMBER:** 3:99-CR-00096-RRB
**Criminal Fine or Restitution (100% of PFD attachable)**

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

**Judgment Debtor Name:** JOSEPH E. WILSON, JR.

**AKA or Alias:**

**Social Security Number**

**Date of Birth**     **REDACTED**

**Amount of Writ**  $51,958.90

**Service Fee**  $

**Interest to October 15**  $

**Total Due**  $

| Service Agent | |
| --- | --- |
| Signature *Andrew Arnold* | Date 5/10/07 |
| Printed Name  ANDREW ARNOLD | Title  DUSM |

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

```
Not Negotiable - See important tax information on the back of this form. 00003819
        1099-MISC                        Case Id: 399CR00096RRB
                                         Applicant's Name:
   Payer's Name: State of Alaska         WILSON, JOSEPH E
        Federal ID: 92-6001185
```

| | | | |
|---|---|---|---|
| Warrant Issue Date: | 11/13/2007 | Warrant Amount. . . . . . . . . . | $1,652.00 |
| Warrant Number: | 57780306 | CLERK OF COURT | |
| | | 222 W 7TH AVE #28 | |
| PFD ALN: | 07368993 | ANCHORAGE AK   99513 | |

| | | | |
|---|---|---|---|
| Funding for PFD dividends comes from: | | The Total Gross Dividend has been reduced for: | |
| * Permanent Fund earnings: | | * Medical and Public Assistance hold | |
|   Constitutional dedication of funds | $591.88 |   harmless provisions of AS 43.23.075 | -$21.33 |
|   Legislative action: | | * Legislative appropriation of convicted | |
|     Statutory inflation proofing | 659.52 |   and incarcerated felon and misdemeanant | |
|     Special legislative appropriations | 439.68 |   dividends | -18.98 |
| * Reimbursements to the Dividend Fund | 0.00 | * Dividend program administrative costs | -12.95 |
| * Unexpended prior year Dividend Funds | 18.96 | * Prior year dividend obligations | -2.78 |
| Total Gross Dividend | $1,710.04 | Net Dividend | $1,654.00 |

An individual is not eligible for a dividend when, during all or part of the calendar year immediately preceding that dividend year, the individual was:
* sentenced as a result of a felony conviction,
* incarcerated as a result of a felony conviction, or
* incarcerated as a result of a misdemeanor if the individual was convicted of a prior felony, or two or more prior misdemeanors.

Total funds that would have been paid as 2006 dividends to individuals not eligible under this provision were $11,469,212.

The legislative purpose for making these individuals not eligible to receive a dividend is to:
* obtain reimbursement for some of the costs imposed on the state criminal system relating to incarceration or probation; and
* provide funds for services for and payments to crime victims and for grants for the operation of domestic violence and sexual assault programs.

Total funds appropriated for FY 2008 under this purpose are:
* Department of Corrections                            $6,211,400
* Council on Domestic Violence and Sexual Assault      3,789,600
* Violent Crimes Compensation Board                    1,067,600
* Office of Victims' Rights                              400,600
                                                       -----------
Total appropriations                                   $11,469,200
                                                       ===========

Dividend Information Offices: Anchorage (907) 269-0370 Fairbanks (907) 451-2820 Juneau (907) 465-2326 Inside Alaska 1-800-773-8813