Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
for the
**DISTRICT OF ALASKA**



RECEIVED
JAN 3 1 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

V

Case No. A99-096-1 CR (JMF)

Joseph E. Wilson

On 03/23/2004, the above-named was placed on supervised release for a period of five years. The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision. At sentencing, the defendant was ordered to pay $38, 000 in restitution and $3,000 in fines. To date, the defendant has paid $25,877.62. He has complied with the Internal Revenue Service with tax issues, turned in his monthly supervision in a timely manner, and has no new criminal history. The defendant is currently unemployed due to medical reasons and has been deemed disabled by a doctor. Consequently, the United States Attorney's Financial Litigation Unit will continue to garnish the defendant's future PFD's. It is accordingly recommended that Joseph E. Wilson be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

**REDACTED SIGNATURE**     /-22-08
Travis Lyons                      Date
U.S. Probation/Pretrial Services Officer

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 26th day of January, 2008.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge